# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDDIE LOPEZ,
Appellant,
vs.
CITY OF HENDERSON,
Respondent.

No. 73929

FILED

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on September 8, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. James Crockett, District Judge
Eddie Lopez
Henderson City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-35476